## 26009. WILLIAMS v. SMITH, Warden.

ALMAND, Chief Justice. This appeal is from the denial of a writ of habeas corpus by David Williams, serving a sentence of 20 years, dated May 25, 1961, upon a conviction of robbery by intimidation. After a hearing, the court found as a matter of law that none of his constitutional rights had been violated on his trial and that he was serving legal sentence.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 15, 1970—DECIDED OCTOBER 8, 1970.

David Williams, *pro se.*

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Marion O. Gordon, William R. Childers, Jr., Assistant Attorneys General,* for appellee.